AO 91 (Rev 8/01)   Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

OCT - 1 2019

David J. Bradley, Clerk

**UNITED STATES OF AMERICA**
v.
**Carmelo Pineda-Beltran**

## CRIMINAL COMPLAINT

Case Number:   M-19-2340-M

IAE   YOB:   1969
Nicaragua
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 30, 2019** in **Hidalgo** County, in the **Southern** District of **Texas**
*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Nicaragua in pursuance of law, and thereafter was found near Los Ebanos, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Carmelo Pineda-Beltran was encountered by Border Patrol Agents near Los Ebanos, Texas on September 30, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on September 30, 2019, near Hidalgo, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on October 19, 2006 through Phoenix, Arizona. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

approved by AUSA Frances E. Dukes on 10/1/2019.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

_/s/ Kellen Meador_
Signature of Complainant

Kellen Meador       Border Patrol Agent

October 1, 2019   8:25 a.m.

_Signature of Judicial Officer_

**Peter E. Ormsby**, U.S. Magistrate Judge
Name and Title of Judicial Officer